| PROB 22 TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 2:20CR00373-001 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* 9:17CR002 |

| NAME OF PROBATION/SUPERVISED RELEASEE<br><br>Henry Jager | DISTRICT<br><br>Utah |
|---|---|
| | DIVISION<br><br>Salt Lake City |
| | NAME OF SENTENCING JUDGE<br>Honorable James O. Browning D/NM<br><br>Jurisdiction transferred to D/MT, Honorable Dana L. Christensen on 01/13/2017<br><br>Jurisdiction transferred to D/UT, Honorable Dale A. Kimball on 11/05/2020 |

| DATES OF SUPERVISION TERM | FROM 4/11/2014 | TO Life |
|---|---|---|

**OFFENSE**

Possession of Matter Containing Visual Depictions of Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Montana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

_March 1, 2022_
Date

Honorable Dale A. Kimball
Senior U.S. District Judge

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

_3/2/2022_
Effective Date

United States District Judge